REC'D

FILED

01 DEC -5 PM 3: 24

UNITED STATES COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

RECEIVED

DEC - 7 2001

at _____ o'clock _____ M
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
AKRON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | | |
|---|---|---|
| THE J. M. SMUCKER COMPANY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Honorable Dan A. Polster |
| | ) | |
| v. | ) | Magistrate Judge Gallas |
| | ) | |
| ALBIE'S FOODS, INC. | ) | |
| | ) | Civil Action No. 5:01 CV 1182 |
| Defendant | ) | |

### AGREED DISMISSAL

By agreement of the parties after consultation with the Court, The J. M. Smucker Company

hereby dismisses this action without prejudice.

IT IS SO ORDERED

U.S. District Judge
Northern District Court

12/12/01

_____
Robert V. Vickers
Ohio Bar No. 0010722
VICKERS, DANIELS & YOUNG
50 Public Square - Suite 2000
Cleveland, Ohio 44113
Phone: (216) 623-0040
Fax: (216) 623-0407

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing AGREED DISMISSAL was served on Defendant, Albie's Foods, Inc., by first class mail, postage prepaid, this 5th day of December, 2001, to the attorneys for Defendant at the address below:

Kevin J. Heinl
BROOKS & KUSHMAN P.C.
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075

ROBERT V. VICKERS

- 2 -